}

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

2:24-cv-01850-APG-NJK
Case #2:24-cv-01850-GMN-BNW

FREDRICK WAID, individually,

    Plaintiff(s),

vs.

YORK HOLDING, LTD., a Cayman Islands limited company; and YORK UNITED, INC., a Delaware corporation,

    Defendant(s).

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Kevin A. Adams_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

MORTENSON TAGGART ADAMS LLP
(firm name)

with offices at _____300 Spectrum Center Dr., Suite 1200_____,
(street address)

_____Irvine_____, _____California_____, _____92618_____,
(city)           (state)           (zip code)

_____(949) 774-2224_____, _____kadams@mortensontaggart.com_____.
(area code + telephone number)    (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

York Holding LTD., and York United Inc., to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since December 1, 2005 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of California (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| USDC - Central District of California | 11/05/2008 | 239171 |
| USDC - Southern District of California | 12/01/2005 | 239171 |
| USDC - Northern District of California | 04/07/2022 | 239171 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

> None

7. That Petitioner is a member of good standing in the following Bar Associations.

> California Bar Association

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| September 22, 2022 | Breach of Contract | USDC Nevada | Granted |
| December 22, 2023 | Declaratory Relief | USDC Nevada | Granted |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF ___California___ )
COUNTY OF ___Orange___ )

___Kevin A. Adams___, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

_13_ day of _November_, _2024_.

_____
Notary Public or Clerk of Court

CAROL SFEIR
Notary Public - California
Orange County
Commission # 2337587
My Comm. Expires Nov 16, 2024

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___Jonathan D. Blum,___
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

___10000 West Charleston Blvd., Suite 230___,
(street address)

___Las Vegas___, ___NV___, ___89135___,
(city)           (state)          (zip code)

___(702) 910 3329___, ___jblum@wileypetersonlaw.com___.
(area code + telephone number)   (Email address)

4

Rev. 5/16

See Attached Certificate

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Jonathan D. Blum,_____ as
                                              (name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

*Guyan Liu*
(party's signature)

Guyan Liu, Chief Executive Officer for York United Inc
(type or print party name, title)

_____
(party's signature)

Xu Liu, Director for York Holding LTD.
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

09515                    jblum@wileypetersenlaw.com
Bar number              Email address

APPROVED:

Dated: this 20th day of November, 2024.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

**CALIFORNIA JURAT**                                                                 **GOVERNMENT CODE § 8202**

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of __Orange__

Subscribed and sworn to (or affirmed) before me on

this __13__ day of __November__, 20__24__ by
    *Date*        *Month*      *Year*

(1) __Kevin A Adams__

(and (2) _____),
        *Name(s) of Signer(s)*

[Notary Seal: CAROL SFEIR, Notary Public - California, Orange County, Commission # 2337587, My Comm. Expires Nov 16, 2024]

*Place Notary Seal and/or Stamp Above*

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____
      *Signature of Notary Public*

―――――――― OPTIONAL ――――――――

*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: _____

Document Date: _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____

©2019 National Notary Association

# THE STATE BAR OF CALIFORNIA
# CERTIFICATE OF STANDING

May 3, 2024

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, KEVIN ALBERT ADAMS, #239171 was admitted to the practice of law in this state by the Supreme Court of California on December 1, 2005 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Alex Calderon
Custodian of Records