# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| FREDRICK WAID,<br><br>    Plaintiff(s),<br><br>v.<br><br>YORK HOLDING, LTD., et al.,<br><br>    Defendant(s). | Case No. 2:24-cv-01850-APG-NJK<br><br>**Order** |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). A joint discovery plan must be filed by January 22, 2025.

IT IS SO ORDERED.

Dated: January 15, 2025

                                                                                         _____
                                                                                         Nancy J. Koppe
                                                                                         United States Magistrate Judge

1